## 51577. FARMER v. KNOX.

STOLZ, Judge.

After a careful review of the transcript and the tape recording of the record in the case before us, we have determined that the trial judge erroneously held counsel in contempt of court.

*Judgment reversed. Bell, C. J., and Clark, J., concur.*

ARGUED JANUARY 12, 1976 — DECIDED FEBRUARY 3, 1976.

*Austin E. Catts, Millard C. Farmer, Jr.,* for appellant.

*Glenn Thomas, Jr., District Attorney,* for appellee.